# Exhibit "2"

## In the United States District Court for the District of New Jersey

BODYGUARD PRODUCTIONS, INC., et al.,

        Plaintiff,

vs.

RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC,

        Defendant.

Case No.: 3:21-cv-15310-GC-TJB

AFFIDAVIT OF SERVICE

I, Timothy L. McWard, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of United Processing, Inc., a licensed private detective agency, license number 117-001101, appointed by the court to serve process in the above-referenced cause.

On December 27, 2023 at 2:28 PM, I SERVED the within Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Subpoena Attachment "A" on Jerald Sherman in the following manner:

**INDIVIDUAL SERVICE:** By delivering a copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Subpoena Attachment "A" to Jerald Sherman personally.

Jerald Sherman was served at 515 W. Belden Ave., Apt. 5, Chicago, IL 60614.

Description of person process was left with:

Sex: Male - Skin: Caucasian - Hair: Balding - Approx. Age: 50-60 - Height: 5ft9in - Weight: 160

Comments: Unit is a ROWHOUSE.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.



x _____
Timothy L. McWard
License(s): Agency: 117-001101

United Processing, Inc.
770 N. LaSalle Dr. Suite 615
Chicago, IL 60654
(312) 629-0140
File #
Court Date: 12/28/2023

*787067*