# Exhibit "3"



# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM
———————
PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I AND BEFORE THE USPTO

<u>Via First Class Mail</u>

Jerald Sherman

515 W Belden Ave Apt 5

Chicago, IL 60614-3327

Jan. 29, 2024

Re: Subpoena in BODYGUARD PRODUCTIONS, INC., *et al.* v. RCN TELECOM SERVICES OF MASSACHUSETTS, LLC, 21-15310 (RK), D.N.J.

Dear Mr. Sherman,

    A gentleman contacted my office by telephone around the beginning of this year and said he would be representing you concerning this subpoena that was served on you on 12/27/2023. Unfortunately, I do not have this gentleman's name or contact information. Could you please have him contact me as soon as possible at above telephone number of via below email address?

Sincerely,

/ksc/

Kerry S. Culpepper

[kculpepper@culpepperip.com](mailto:kculpepper@culpepperip.com)